IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Flight, John William | Case Number: 04 B 20673 |
|---|---|---|
| | | Judge: Hollis, Pamela S |
| | Printed: 2/19/08 | Filed: 5/27/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: February 1, 2008
Confirmed: July 26, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 42,169.89 | |
| Secured: | | 5,356.27 |
| Unsecured: | | 23,903.07 |
| Priority: | | 2,078.33 |
| Administrative: | | 2,800.00 |
| Trustee Fee: | | 1,862.33 |
| Other Funds: | | 6,169.89 |
| Totals: | 42,169.89 | 42,169.89 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Great Bank | Administrative | 200.00 | 200.00 |
| 2. | Peter F Geraci | Administrative | 2,600.00 | 2,600.00 |
| 3. | Great Bank | Secured | 5,356.27 | 5,356.27 |
| 4. | Internal Revenue Service | Priority | 2,078.33 | 2,078.33 |
| 5. | Illinois Student Assistance Commission | Unsecured | 17,414.82 | 19,530.41 |
| 6. | Premier Bankcard | Unsecured | 153.73 | 172.42 |
| 7. | Internal Revenue Service | Unsecured | 1.53 | 1.71 |
| 8. | QDS | Unsecured | 232.82 | 261.11 |
| 9. | Credit First | Unsecured | 184.43 | 206.83 |
| 10. | Great Bank | Unsecured | 106.12 | 119.01 |
| 11. | Universal Lenders Inc | Unsecured | 347.39 | 389.60 |
| 12. | RoundUp Funding LLC | Unsecured | 984.76 | 1,104.42 |
| 13. | USA Payday Loans | Unsecured | 211.75 | 237.47 |
| 14. | Capital One | Unsecured | 107.51 | 120.59 |
| 15. | City Of Chicago Dept Of Revenue | Unsecured | 87.50 | 98.15 |
| 16. | RoundUp Funding LLC | Unsecured | 1,230.80 | 1,380.32 |
| 17. | Gottlieb Memorial Hospital | Unsecured | 250.59 | 281.03 |
| 18. | Best Buy | Unsecured | | No Claim Filed |
| 19. | Check Into Cash | Unsecured | | No Claim Filed |
| 20. | Geico Insurance | Unsecured | | No Claim Filed |
| 21. | Loyola University & Hospital | Unsecured | | No Claim Filed |
| 22. | ICS | Unsecured | | No Claim Filed |
| 23. | Instant Cash Advance | Unsecured | | No Claim Filed |
| 24. | Midwest Neoped Association | Unsecured | | No Claim Filed |
| 25. | Advocate Health Care | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Flight, John William

Printed: 2/19/08

Case Number: 04 B 20673
Judge: Hollis, Pamela S
Filed: 5/27/04

| 26. | Northern Ill Emergency Physici | Unsecured | | No Claim Filed |
|---|---|---|---|---|
| | | | _____ | _____ |
| | | | $ 31,548.35 | $ 34,137.67 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 407.93 |
| 4% | 129.64 |
| 3% | 81.56 |
| 5.5% | 548.74 |
| 5% | 139.64 |
| 4.8% | 311.05 |
| 5.4% | 243.77 |
| | _____ |
| | $ 1,862.33 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____